**Brock MEELER Plaintiff–Appellant**

v.

**LVNV FUNDING, LLC; Hosto & Buchan, PLLC; Brien Saputo, Individually Defendants–Appellees**

No. 15–3333

United States Court of Appeals,
Eighth Circuit.

Submitted: July 7, 2016

Filed: July 15, 2016

Victoria Leigh, Leigh Law Office, Little
Rock, AR, for Plaintiff-Appellant

Judy Simmons Henry, Wright & Lindsey, Little Rock, AR, for Defendant-Appellee

Sammie P. Strange, Jr., Hosto & Buchan, Little Rock, AR, for Defendants–
Appellees Hosto & Buchan, PLLC, Brien
Saputo

Before COLLOTON, GRUENDER, and
KELLY, Circuit Judges.

**PER CURIAM.**

Brock Meeler appeals the district
court's [1] dismissal of his complaint under
the Federal Debt Collection Practices Act.
Upon de novo review, we conclude that the
dismissal was proper, for the reasons stated by the district court. See H & Q Properties, Inc. v. Doll, 793 F.3d 852, 855 (8th
Cir. 2015) (court reviews de novo district
court's grant of motion to dismiss).

The judgment is affirmed. See 8th Cir.
R. 47B.

---

1. The Honorable Billy Roy Wilson, United
States District Judge for the Eastern District of Arkansas.